CONTINENTAL INS. CO. *v.* PHENIX INS. CO. OF BROOKLYN.

*(Supreme Court, General Term, First Department.* December 31, 1891.)

Exceptions from circuit court, New York county.

Action by the Continental Insurance Company against the Phenix Insurance Company of Brooklyn. Plaintiff's exceptions were ordered to be heard in the first instance at general term. Exceptions overruled. For former report, see 8 N. Y. Supp. 524.

Argued before VAN BRUNT, P. J., and DANIELS and BARRETT, JJ.

*Root & Clarke, (Elihu Root* and *Samuel B. Clarke,* of counsel,) for appellant. *Wing, Shoudy & Putnam, (J. A. Shoudy,* of counsel,) for respondent.

BARRETT, J. For the reasons given in the opinion handed down herewith in the case of the same plaintiff against the Ætna Insurance Company of Hartford, Conn., (17 N. Y. Supp. 106,) the exceptions should be overruled, with costs, and judgment entered accordingly. All concur.